

# NUMBER 13-07-00706-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: OSCAR DAVILA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Benavides
### Per Curiam Memorandum Opinion[1]

Relator, Oscar Davila, pro se, filed a petition for writ of mandamus in the above cause complaining of the trial court's orders allowing the withdrawal of funds from his trust fund account, and of the trial court's alleged failure to rule on his motion to compel the trial court to reconsider those orders.

This petition for writ of mandamus was originally filed in this Court as a criminal, rather than civil, cause. Based on recent analysis from the Texas Court of Criminal Appeals, however, we will transfer this matter to our civil cause number 13-09-00152-CV,

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

and will consider it therein. *See In re Johnson*, No. AP-75,898, 2008 Tex. Crim. App. LEXIS 1628, at *22-23 (Tex. Crim. App. Oct. 29, 2008) (orig. proceeding); *see also In re Bejaran*, No. 13-08-00117-CR, 2008 Tex. App. LEXIS 8568, at *1 (Tex. App.–Corpus Christi Nov. 12, 2008, orig. proceeding) (per curiam) (mem. op., not designated for publication). Therefore, this criminal cause is hereby DISMISSED.

PER CURIAM

Do not publish. *See* Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 19th day of March, 2009.